FILED

MAY 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Jairo Joel Rodriguez Mayorga,

Petitioner,

v.

Merrick B. Garland, U.S. Attorney General,

Respondent.

No. 22-557

Agency No. A205-526-944

ORDER

The government has filed a statement of non-opposition to the motion for stay of removal. The temporary stay of removal continues until the mandate issues unless the court orders otherwise. *See* 9th Cir. Gen. Ord. 6.4(c).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nitzana Alzalde
Deputy Clerk
Ninth Circuit Rule 27-7