UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Jairo Joel Rodriguez Mayorga,

Petitioner,

v.

Merrick B. Garland, U.S. Attorney General,

Respondent.

No. 22-557

Agency No.    A205-526-944

ORDER

The government's motion (Docket Entry No. 16) for an extension of time

to file the answering brief is granted.

The answering brief is due November 25, 2022. The optional reply brief

is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7