FILED

NOV 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Jairo Joel Rodriguez Mayorga,

Petitioner,

v.

Merrick B. Garland, U.S. Attorney
General,

Respondent.

No. 22-557

Agency No.    A205-526-944

ORDER

Pursuant to respondent's unopposed motion (Docket Entry No. 18), the

Clerk will close this court's docket for administrative purposes until further

order of the court.

This order is not a decision on the merits and has no impact on any stay

of removal.

No mandate will issue, and at any time any party may request that this

immigration petition be reopened, or the court may reopen the petition sua

sponte.

Within 14 days after a determination at the agency level that petitioner is

eligible for discretionary relief, the parties are expected to file a motion to

remand.

The parties may request a referral to mediation at any time it might

benefit the case.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

22-557